ENOCH W. AGNEW, APPELLANT, VS. JOHN W. REDDICK APPELLEE.

Appeal from Circuit Court Hernando county.

*R. L. Anderson*, for Appellant.

*Thomas M. Shackleford*, for Appellee.

The bill in this case was filed by the appellee against the appellant and others. There was decree for the

complainant, and the defendant Agnew appeals.    The
decree is affirmed.

Decision Per Curiam.